1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

11 | Michelle McLaughlin, an Individual

Case No. CV08-00610 SVW (CWx)

12 | Plaintiff,

**ORDER**

13 | v.

14 | EXPERIAN INFORMATION
SOLUTIONS, INC., an unknown
15 | business entity; FIA CARD
SERVICES, N.A. (erroneously sued
16 | herein as Bank of America), and DOES
1-50, Inclusive,

17
Defendants.
18

19
20
21
22
23
24
25
26
27
28

LAI-2955008v1

[Proposed] Order re Stipulation
Case No. CV08-00610 SVW (CWx)

1        After considering the Stipulation To Bind Defendant FIA CARD

2   SERVICES, N.A. To the April 7, 2008 Protective Order (Dkt. No. 17), executed by

3   all parties and upon good cause showing,

4        **IT IS HEREBY ORDERED THAT**:

5        The Stipulation is Granted .

6

7

8

9   Dated:      June__25_, 2008       /s/
                                MAGISTRATE JUDGE CARLA WOEHRLE

10

11   Submitted by:

12

13   */s/ Angele Motlagh*
      Angele Motlagh,

14   JONES DAY

15   Attorneys for Defendant
      Experian Information Solutions, Inc.

16

17

18

19

20

21

22

23

24

25

26

27

28

LAI-2955008v1

2

[Proposed] Order re Stipulation
Case No. CV08-00610 SVW (CWx)